■ DINERS CLUB INTERNATIONAL, INC., Respondent, v HILTON ELECTRONICS, INC., Doing Business as STATLER HILTON ELECTRONICS; et al., Appellants. — Judgment, Supreme Court, New York County (Lane, J.), entered on October 6,

1981, unanimously affirmed. Respondent shall recover of appellants one bill of $75 costs and disbursements of this appeal. The appeal from the order of said court entered on October 1, 1981 is dismissed as being subsumed in the appeal from the judgment. No opinion. Concur — Ross, J. P., Carro, Markewich, Lupiano and Fein, JJ.